# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **TAMMY BOYD,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-cv-346 |
| | § | |
| v. | § | |
| | § | |
| **RED ROBIN INTERNATIONAL, INC. D/B/A RED ROBIN BAYBROOK,** | § § § | |
| | § | |
| Defendant. | § | |

_____

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
_____

**COMES NOW** Plaintiff, TAMMY BOYD, and Defendant, RED ROBIN INTERNATIONAL, INC. D/B/A RED ROBIN BAYBROOK, by and through their respective undersigned counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and hereby stipulate that the above-captioned action be dismissed <u>with prejudice</u> and with each party to bear her/its own costs and fees, including but not limited to attorney fees.

Respectfully submitted this <u>4th</u> day of December, 2019.

2

| DASPIT LAW FIRM | POLSINELLI PC |
|---|---|
| By: */s/ Matthew Menter* <br> Matthew Menter, Esq. <br> Texas Bar No. 24106300 <br> Federal Bar No. 3257762 <br> 440 Louisiana St., Suite 1400 <br> Houston, TX 77002 <br> Tel. (713) 322-4878 <br> Fax (713) 587-9086 <br> menter@daspitlaw.com | By: */s/Matthew R. Frontz* <br> Matthew R. Frontz <br> Texas Bar No. 24097710 <br> Federal Bar No. 2952285 <br> 1000 Louisiana St., Suite 6400 <br> Houston, TX 77002 <br> Tel. (713) 374-1600 <br> Fax (713) 374-1601 <br> mfrontz@polsinelli.com |
| ATTORNEYS FOR PLAINTIFF, TAMMY BOYD | ATTORNEYS FOR DEFENDANT, RED ROBIN INTERNATIONAL, INC. D/B/A RED ROBIN BAYBROOK |

70258605.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** has been served electronically upon all counsel of record, as identified below, on December 4, 2019.

Matthew Menter, Esq.
DASPIT LAW FIRM
440 Louisiana St., Suite 1400
Houston, TX  77002
daspit@proactivelegal.com
e-service@daspitlaw.com
ATTORNEYS FOR PLAINTIFF

*/s/ Matthew R. Frontz*
Matthew R. Frontz